RECEIVED
JUN 25 2018
U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

Nathaniel Braxton )
)
)
)
Plaintiff(s), )
)
v. )
) Case No. _____
) (to be assigned by Clerk of District Court)
Katsam Enterprises )
9300 Natural Bridge Rd. )
Berkeley MO 63134 ) JURY TRIAL DEMANDED
)
) YES ☐  NO ☐
Defendant(s). (Enter above the full name(s) )
of all defendants in this lawsuit. Please )
attach additional sheets if necessary.) )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

✓ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

✓ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

✓ Other (Describe) I feel I was discriminated against because the employer found out that I was related to a prior employee of theirs. The ex-employee was my brother.

**PARTIES**

2. Plaintiff's name: Nathaniel Braxton

   Plaintiff's address: 4120 St. Louis Ave Apt A.
   Street address or P.O. Box

   St. Louis MO 63115
   City/ County/ State/Zip Code

   314.261.6252
   Area code and telephone number

3. Defendant's name: Katsam Enterprises

   Defendant's address: 9300 Natural Bridge Rd
   Street address or P.O. Box

   Berkeley MO 63134
   City/County/State/Zip Code

   314.423.7600
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)        (City/County)        (State)   (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

__10/2016__        __9/2017__        __01/30/2018__

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

[✓] Yes    Date filed: __03/20/2018__

[ ] No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

[✓] Yes    Date filed: __03/2018__

[ ] No

8. Have you received a Notice of Right-to-Sue Letter?

[✓] Yes                [ ] No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

[✓] 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

___ failure to hire me

✓ termination of my employment

✓ failure to promote me

✓ failure to accommodate my disability  Sleep apnea

✓ terms and conditions of my employment differ from those of similar employees

✓ retaliation

✓ harassment

___ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

✓ Yes            ☐ No

11. I believe that I was discriminated against because of my (check all that apply):

☑ race

___ religion

___ national origin

___ color

___ gender

☑ disability

☑ age (birth year is: __1962__)

☑ other: _relative of a prior employee that was terminated_

Did you state the same reason(s) in your charge of discrimination?

☑ Yes    ☐ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

Chris Dick, President of operations, continuously questioned me about my younger brother that used to work for the company. He also knew I had sleep apnea & so he put a camera in the truck that I drove to harrass me about things on the DOT physical that I passed. He alleged that I paid someone at DOT to pass the physical constantly.

(Continue to page 6, if additional space is needed.)

5

(Attach additional sheets as necessary).

6

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☒ are no longer being committed by the defendant.

☐ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

I was terminated so I want both sides to be heard and back pay awarded.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25TH day of June, 2018.

Signature of Plaintiff   Nathaniel Braxton