## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

**NATHANIEL BRAXTON,**

    **Plaintiff,**

**v.**

**KATSAM ENTERPRISES,**

    **Defendant.**

Case No.  4:18-CV01028 JCH

## NOTICE OF SETTLEMENT

    Defendant Katsam Enterprises, through counsel, NOTIFIES the Court that on this 15th day of November 2018, Defendant has reached an agreement with Plaintiff Nathaniel Braxton. This Notice has been filed as soon as reasonably practicable following the making of said agreement.  The parties have agreed to the material terms of their agreement and will work diligently to effectuate the agreement to allow a dismissal to be filed.

Respectfully submitted,

**Case Linden P.C.**

s/ Jacob L. Kurtz
Kevin D. Case, MO 41491
Jacob L. Kurtz, MO 67418
2600 Grand Boulevard, Suite 300
Kansas City, MO  64108
Tel:  (816) 979-1500
Fax:  (816) 979-1501
kevin.case@caselinden.com
jacob.kurtz@caselinden.com
Attorneys for Defendant

## Certificate Service

     I hereby certify that on November 15, 2018, a true and correct copy of the above and foregoing was served by electronic filing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to attorneys of record enrolled in the CM/ECF system, and via United States mail to non-enrolled party.

Nathaniel Braxton
4120 St. Louis Ave., Apt. A
St. Louis, MO  63115
pro se Plaintiff

                                              s/ Jacob L. Kurtz
                                              Jacob L. Kurtz