UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

NATHANIEL BRAXTON,

    Plaintiff,

v.

KATSAM ENTERPRISES,

    Defendant.

Case No.  4:18-CV01028 JCH

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate to the dismissal of all claims against Defendant with prejudice. Each party must bear its own costs and attorneys' fees.

Respectfully submitted,

**Nathaniel Braxton,** *Pro Se*

*[signature]*
Nathaniel Braxton
4120 St. Louis Ave, Apt. A
St. Louis, Missouri 63115
Tel: (314) 423-7600
*Pro Se* Plaintiff

**Case Linden P.C.**

*[signature]*
Kevin D. Case, MO 41491
Jacob L. Kurtz, MO 67418
2600 Grand Boulevard, Suite 300
Kansas City, MO  64108
Tel: (816) 979-1500
Fax: (816) 979-1501
kevin.case@caselinden.com
jacob.kurtz@caselinden.com
Attorneys for Defendant Katsam Enterprises

**Certificate of Original Signature and Service**

I hereby certify that on ~~November~~ December 14, 2018, a true and correct copy of the above and foregoing was served by electronic filing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to attorneys of record enrolled in the CM/ECF system, and via United States mail to non-enrolled party(ies).

Nathaniel Braxton
4120 St. Louis Ave., Apt. A
St. Louis, MO  63115
*Pro Se* Plaintiff

_____
Jacob L. Kurtz

2